RECEIVED

MAR 2 2 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM BROYLES III, et al.,<br>Plaintiff | CIVIL ACTION 1:10-CV-01580 |
| VERSUS | JUDGE DEE D. DRELL |
| DOUGLAS GUILLORY, et al.,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Topham's motion to dismiss is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22ND day of March, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

